**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
rclarkson@clarksonlawfirm.com
Bahar Sodaify (SBN 289730)
bsodaify@clarksonlawfirm.com
Alan Gudino (SBN 326738)
agudino@clarksonlawfirm.com
Ryan D. Ardi (SBN 348738)
rardi@clarksonlawfirm.com
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN SPIRO, LEAH SPIRO, and STEPHANIE REBECCA ANDRECS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>EVERLYWELL, INC.,<br><br>Defendant. | Case No. 2:23-cv-04539-PA-RAO<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)(1)**<br><br>Complaint Filed: June 8, 2023 |

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Benjamin Spiro, Leah Spiro, and Stephanie Rebecca Andrecs, by and through their counsel Ryan J. Clarkson, Bahar Sodaify, Alan Gudino, and Ryan D. Ardi of Clarkson Law Firm, P.C., hereby voluntarily dismiss this case without prejudice.

Dated: July 31, 2023                           **CLARKSON LAW FIRM, P.C.**

                                                    /s/ Bahar Sodaify
                                                  Ryan J. Clarkson, Esq.
                                                  Bahar Sodaify, Esq.
                                                  Alan Gudino, Esq.
                                                  Ryan D. Ardi, Esq.

                                                  *Attorneys for Plaintiffs*